UNITED STATES DISTRICT COURT          (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
SARAH COBURN, et al.,             :      05 Civ. 7623 (KMK) (JCF)

         Plaintiffs,        :     *04CIV 7922 (KMK) (JCF)*

    - against -           :     *LEAD CASE*
                           :     *DOCKET IN ALL CAPTIONED*
CITY OF NEW YORK, et al.,       :                 *CASES*

         Defendants.        :
- - - - - - - - - - - - - - - - - - - -:
JEFFREY PHILLIPS, et al.,       :      05 Civ. 7624 (KMK) (JCF)

         Plaintiffs,        :

    - against -           :

CITY OF NEW YORK, et al.,       :

         Defendants.        :
- - - - - - - - - - - - - - - - - - - -:
EMILY SLOAN, et al.,             :      05 Civ. 7668 (KMK) (JCF)

         Plaintiffs,        :

    - against -           :

CITY OF NEW YORK, et al.,       :

         Defendants.        :
- - - - - - - - - - - - - - - - - - - -:
SANDRA GALITZER, et al.,        :      05 Civ. 7669 (KMK) (JCF)

         Plaintiffs,        :

    - against -           :

CITY OF NEW YORK, et al.,       :

         Defendants.        :
- - - - - - - - - - - - - - - - - - - -:
BETTY BASTIDAS, et al.,         :      05 Civ. 7670 (KMK) (JCF)

         Plaintiffs,        :

    - against -           :

CITY OF NEW YORK, et al.,       :

         Defendants.        :
- - - - - - - - - - - - - - - - - - - -:

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|4|07

```
- - - - - - - - - - - - - - - - - - - -:
LASHLEY CARNEY, et al.,            :    05 Civ. 7672 (KMK) (JCF)
                                   :
          Plaintiffs,              :
                                   :
    - against -                    :
                                   :
CITY OF NEW YORK, et al.,          :
                                   :
          Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
NIKOLIS SIKELIANOS,                :    05 Civ. 7673 (KMK) (JCF)
                                   :
          Plaintiff,               :
                                   :
    - against -                    :
                                   :
CITY OF NEW YORK, et al.,          :
                                   :
          Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
UDO DRESCHER,                      :    05 Civ. 7541 (KMK) (JCF)
                                   :
          Plaintiff,               :
                                   :
    - against -                    :
                                   :
CITY OF NEW YORK, et al.,          :
                                   :
          Defendants.              :         O R D E R
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Plaintiffs having moved to compel discovery responses and for other relief by letter dated February 14, 2007, it is hereby ORDERED as follows:

1.  Defendants may continue to produce arresting officer memo books in unredacted form provided, however, that notations concerning duties related to the RNC are not redacted.

2.  Individualized verifications of discovery responses by arresting officers shall not be required.  This issue, however, shall be revisited if it appears through deposition that the written discovery responses have been inaccurate.

3.  Disciplinary files of arresting officers shall be produced in conformity with my December 2, 2005 Order in Dudek v. City of New York, 04 Civ. 10178 (KMK).  Charges of "discourtesy" are not covered by that order.

4.  By April 15, 2007 defendants shall identify the drivers of the vehicles that transported the plaintiffs in the Coburn case.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          April 3, 2007

Copies mailed this date:

Jeffrey A. Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007

Jeffrey Dougherty, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York 10007

3