UNITED STATES DISTRICT COURT (ECF)
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SCHILLER, et al., Plaintiffs, - against - The CITY OF NEW YORK; et al., Defendants. | 04 Civ. 7922 (RJS) (JCF)<br>ORDER<br>**THIS IS THE LEAD CASE AND IT IS TO BE FILED & DOCKETED IN ALL OF THE MEMBER CASES IN THIS ACTION.** |

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on June 5, 2009, it is hereby ORDERED that any plaintiff whose motion to amend the complaint was granted by my Memorandum and Order dated January 23, 2008 (Schiller v. City of New York, 2008 WL 200021), and who has not filed an amended pleading conforming to that order, may do so pursuant to a stipulation with defendants no later than June 30, 2009 or, if defendants do not agree to amendment, may serve and file a motion to amend by that date.

SO ORDERED.

James C. Francis IV

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
June 5, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/09

Copies mailed this date:

Christopher T. Dunn, Esq.
New York Civil Liberties Union
125 Broad Street, 17th Floor
New York, New York  10004

Peter G. Farrell, Esq.
Special Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York  10007

Case 1:05-cv-01572-RJS-JCF   Document 144   Filed 06/05/09   Page 2 of 2